# Order

Michigan Supreme Court
Lansing, Michigan

August 13, 2021

163043

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

YUSEF LATEEF PHILLIPS,
    Defendant-Appellant.

_____/

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

SC: 163043
COA: 356255
Berrien CC: 2020-002907-FH

On order of the Court, the application for leave to appeal the March 31, 2021 order of the Court of Appeals is considered. We DIRECT the Berrien County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order.

The application for leave to appeal remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 13, 2021

a0810



Clerk